IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: CR 118-021 |
| | ) |
| JOSE DOMINGUEZ | ) |
| MARIA ELENA ABONZO | ) |

**O R D E R**

Upon consideration of the request by the surety for return of the bond posted in the above captioned case in the amount of $4,000.00, and the final Order of Sentencing having been entered in this case, said request is hereby GRANTED.

IT IS HEREBY ORDERED that the Clerk of this Court disburse said funds, plus any and all accrued interest, to:

Teresa Abonza
1495 Patricia Ct.
Loris, SC 29569

SO ORDERED this 13th day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA